

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 0 2021

Kevin P. Weimer, Clerk
By: 
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW JAY WEBLER | Criminal Indictment<br><br>No. 1:21-CR-0504 |

THE GRAND JURY CHARGES THAT:

### Count One

From at least on or about September 26, 2021, and continuing until on or about December 3, 2021, in the Northern District of Georgia, the defendant, MATTHEW JAY WEBLER, knowingly received a firearm, that is, a personally made firearm, a rifle, bearing no serial number, which had a barrel length of less than 16 inches, and which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

### Count Two

On or about December 3, 2021, in the Northern District of Georgia, the defendant, MATTHEW JAY WEBLER, did knowingly possess at least one firearm silencer, as defined in Title 18, United States Code, Section 921(a)(24), that is, a device for silencing, muffling, and diminishing the report of a portable firearm, the same being a cylindrical device with an overall length of approximately 11.25 inches, bearing no serial number, and which was not

registered to the defendant in the National Firearms and Registration and Transfer Record, in violation of Title 26, United State Code, Sections 5841, 5845, 5861(d) and 5871.

## Count Three

On or about December 3, 2021, in the Northern District of Georgia, the defendant, MATTHEW JAY WEBLER, after having been convicted of at least one of the following offenses:

- Aggravated assault in or around 2000, in the Superior Court of Bartow County, Georgia;
- Burglary, in or around 2012, in The Superior Court of Gwinnett County, Georgia; and
- Burglary, in or around 2015, in the Superior Court of Gwinnett County, Georgia,

each of which was then a crime punishable by imprisonment for a term exceeding one year, did knowingly possess at least one of the following firearms:

- a personally made firearm and ammunition, that is, a home-made rifle assembled from parts acquired through on-line retailers based outside of Georgia; and
- several rounds of Armscor ammunition,

said possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Forfeiture

Upon conviction of one or more of the offenses alleged in this Indictment, the defendant, MATTHEW JAY WEBLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 26, United States Code, Section 5872, all firearms involved in and used in the offenses, including but not limited the following:

- One (1) personally made/home-made rifle without a serial number;
- Three (3) firearms silencers;
- Two magazines of ammunition;
- Several rounds of Armscor ammunition; and
- Jigs (tools used to assemble/complete a firearm).

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek

forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A    TRUE    BILL

_____
FOREPERSON

KURT R. ERSKINE
  *United States Attorney*

JOSEPH PLUMMER
  *Assistant United States Attorney*
Georgia Bar No. 003006

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4