U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 2 0 2021

Kevin P. Weimer, Clerk
By: [signature]
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2021R00947)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

**1:21-CR-0504**

COUNTY NAME: Decatur     DISTRICT COURT NO.

MAGISTRATE CASE NO.     1:21-MJ-1144

| X Indictment | Information | X Magistrate's Complaint |
|---|---|---|
| DATE: December 20, 2021 | DATE: | DATE: December 3, 2021 |

UNITED STATES OF AMERICA
vs.
MATTHEW JAY WEBLER

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    X Yes    No
Is the defendant in custody on this charge or other conviction?    On this charge
Is the defendant awaiting trial on other charges?    Yes    X No
  Other charges:
  Name of institution:

Will the defendant require an interpreter?    Yes    X No

District Judge:
Magistrate Judge:

Attorney: Joseph A. Plummer
Defense Attorney: Thomas Hawker